UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

ANNETTE SUZANNE KONIDIS,

                        Plaintiff,

                                                      DECISION AND ORDER
          v.                                                  14-CV-565A

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                        Defendant.

───────────────────────────────

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 6, 2015, Magistrate Judge Scott filed a Report and Recommendation (Dkt. No. 19), recommending that the decision of the Commissioner be reversed, and this matter be remanded for further administrative proceedings. It is further recommended that defendant's motion for judgment on the pleadings (Dkt. No. 17) be denied and that plaintiff's motion for similar relief in her favor (Dkt. No. 11) should be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the decision of the Commissioner is reversed and this matter shall be remanded for further administrative proceedings. It is further ordered that defendant's motion for judgment on the

pleadings is denied and plaintiff's motion for similar relief in her favor is granted.

The Clerk of Court shall take all steps necessary to close the case

IT IS SO ORDERED.

*Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   May 21, 2015